**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>             Plaintiff,<br><br>    vs.<br><br>COREY STAPLETON, et al.,<br><br>             Defendants. | CV-17-136-BLG-BMM<br><br>**ORDER** |

   **IT IS HEREBY ORDERED** that this case is dismissed without prejudice

for failure comply with this Court's order (Doc. 11.)

   DATED this 28th day of September, 2020.

_Brian Morris_
_____

Brian Morris, Chief District Judge
United State District Court

1